# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:06-CV-1372** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **LISA S. TIRKO MCKEE** | : | |

## ORDER

AND NOW, this 2nd day of April, 2007, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 15) to confirm the February 6, 2007, United States Marshal sale of the foreclosed real property, located at 333 Lamp Post Lane, Boalsburg, Pennsylvania is GRANTED.  The United States Marshal is directed to execute and deliver to JAY R. HOUSER, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of LISA S. TIRKO MCKEE in and to the premises sold, located at 333 Lamp Post Lane, Boalsburg, Pennsylvania 16827 . Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge