**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:06-CV-1372** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **LISA S. TIRKO MCKEE** | : | |

### **ORDER**

AND NOW, this 2nd day of May, 2007, upon consideration of plaintiff's motion for disbursement of funds (Doc. 17) from the sale of real property located at 333 Lamp Post Lane, Boalsburg, Pennsylvania, and of the order of court dated April 2, 2007 (Doc. 16) confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 17) is GRANTED.  The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 17).

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge